**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**CHERYL RUMINER**                                                                      **PLAINTIFF**

v.                    **CASE NO. 4:04-CV-1162 GTE**
                               **4:07-cv-395 GTE**

**METROPOLITAN LIFE INSURANCE COMPANY**                    **DEFENDANT**

## ORDER DISMISSING CASE

Having been advised by the parties that they have entered into a full and final settlement agreement governing all claims and all parties in the consolidated cases of *Ruminer v. Metropolitan Life Insurance Company*, 4:04-cv-1162, and *Ruminer v. Metropolitan Life Insurance Company*, 4:07-cv-395, the Court hereby dismisses the above-styled actions with prejudice.

Accordingly,

IT IS THEREFORE ORDERED THAT the cases of *Ruminer v. Metropolitan Life Insurance Company*, 4:04-cv-1162, and *Ruminer v. Metropolitan Life Insurance Company*, 4:07-cv-395, be, and they are hereby, DISMISSED with prejudice.

Dated this 11th day of June, 2007.

                                                /s/Garnett Thomas Eisele
                                                UNITED STATES DISTRICT JUDGE